IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE LAW OFFICES OF JOSEPH Q. MIRARCHI LEGAL SERVICES, P.C., and SILVER LEGAL SERVICES, P.C.,** <br> Plaintiffs, <br><br> v. <br><br> **DALE THORPE, RENEE THORPE h/w, HERBERT MCDUFFY, JR., ROGER ASHODIAN, BB&T CORPORATION, LITITZ PROPERTIES, LLC, and JOHN FIORILLO,** <br> Defendants. | **CIVIL ACTION** <br><br><br><br> **NO. 16-6604** |

**O R D E R**

**AND NOW**, this 29th day of August, 2017, upon consideration of Defendants BB&T Corporation and Lititz Properties, LLC's Motion to Dismiss (ECF No. 16); Plaintiffs' Response in Opposition thereto (ECF No. 30); Defendants' Reply in Support thereof (ECF No. 31); Defendants Roger Ashodian, Dale Thorpe, and Renee Thorpe's Motion to Dismiss (ECF No. 18); Plaintiffs' Response in Opposition thereto (ECF No. 28); Defendant John Fiorillo's Motion to Dismiss (ECF No. 20); Plaintiffs' Response in Opposition thereto (ECF No. 29); Defendant John Fiorillo's Motion for Sanctions (ECF No. 24); and Plaintiffs' Response in Opposition thereto (ECF No. 27); after oral argument and for the reasons set forth in the Court's Memorandum Opinion of August 29, 2017 (ECF No. 37), **IT IS ORDERED** that:

(1) Defendants' motions to dismiss (ECF Nos. 16, 18, and 20) are **GRANTED**, and all claims against Defendants Dale Thorpe, Renee Thorpe, Roger Ashodian, BB&T Corporation, Lititz Properties, LLC, and John Fiorillo are **DISMISSED WITH PREJUDICE**; and

(2) Defendant Fiorillo's motion for sanctions (ECF No. 24) is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**